

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 28, 2022

**Via CM/ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York

RE:   *Iskhakova v. Easy Bed Mattress Co., Inc.*
        Case No.: 1:22-cv-04981-FB-RML

Dear Judge Levy:

Plaintiff submits this letter to extend the time for Defendant Easy Bed Mattress Co., Inc. to respond to the complaint.

Defendant was served on October 7, 2022, and Defendant's Answer is due today, October 28, 2022. Defendant has been in contact with counsel for Plaintiff and has advised that he needs additional time to respond to the complaint. Plaintiff requests this Court expand the time for Defendant to answer up to and including November 28, 2022. This is the first such request Plaintiff has made in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.